STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
        stan@appsatlaw.com

*Attorneys for Plaintiff Rachel McKuen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachel McKuen,<br><br>  Plaintiff,<br><br>  v.<br><br>Synchrony Bank; and Experian Information Solutions, Inc.,<br><br>  Defendants. | Case No.: 5:22-cv-00005-JFW-GJS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>Judge:   Hon. John F. Walter |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

   The Plaintiff, Rachel McKuen, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant Experian Information Solutions, Inc. ("Experian"). The settlement is conditioned upon certain future performances by Experian. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Experian.

Dated: August 1, 2022

                           __/s/_Stanley R. Apps_____
                           Stanley R. Apps
                           *Attorneys for Plaintiff*