Steven P. Warner (SBN 159404)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080
Email: swarner@reedsmith.com

*Attorneys for Defendant*
*Synchrony Bank*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raquel Mckuen,<br><br>           Plaintiff,<br><br>vs.<br><br>Synchrony Bank and Experian Information Solutions, Inc.,<br><br>           Defendants. | Case No. 8:22-cv-00005-JFW-GJS<br><br>**JOINT MOTION AND STIPULATION TO EXTEND ADR DEADLINES**<br><br>Compl. Filed: January 4, 2022<br><br>Honorable John F. Walter |

Case No. 8:22-cv-00005-JFW-GJS

This Joint Motion and Stipulation is made by and between Plaintiff Raquel Mckuen ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (Plaintiff and Synchrony collectively referred to as the "Parties")[1], by and through their respective attorneys, and is based upon good cause in light of the following facts:

WHEREAS, the wife of counsel for Synchrony, Steve Warner, passed away which impacted the Parties' availability to complete mediation;

WHEREAS, despite this, the Parties have informally engaged in substantive settlement negotiations and find themselves close to settlement;

WHEREAS, the Parties require more time to complete their negotiations;

WHEREAS, the Parties respectfully request the extension of the deadlines contained in the Order of Court referring this matter to private mediation (the "Order"). [ECF No. 23];

WHEREAS, Courts have inherent authority to manage their calendars and control proceedings before them. *See Rutherford v. Owens-Illinois, Inc.*, 16 Cal. 4th 953, 967 (1997); *In re Clark*, 5 Cal. 4th 750, 771 (1993). Continuing the ENE Conference is within this Court's inherent authority to manage its calendar, control proceedings, and minimize the expenditure of resources;

WHEREAS, the Parties further agree that the requested postponement is for good cause because of the above-mentioned impact of counsel's availability;

WHEREAS, this is the first request to continue the Order; and

WHEREAS, this extension will not impact other deadlines in this matter.

NOW THEREFORE, the Parties agree, through their undersigned attorneys, that the deadlines contained in the Order of Court referring this matter to private mediation will be extended by 30 days. A Proposed Order is submitted herewith.

---

[1] Plaintiff and Defendant Experian Information Solutions, Inc. have resolved their claims and filed a notice of settlement on August 1, 2022 (ECF No. 27).

DATED: August 5, 2022

REED SMITH LLP

By: /s/ *Steven P. Warner*
    Steven P. Warner

Attorneys for Defendant
Synchrony Bank

DATED: August 5, 2022

Law Offices of Robert S. Gitmeid, P.C.

By: /s/ *Stanley R. Apps*
    Stanley R. Apps, Esq.
    Attorneys for Plaintiff

## ATTESTATION REGARDING SIGNATURES

I, Steven P. Warner, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 5, 2022    REED SMITH LLP

By: s/ *Steven P. Warner*
    Attorney for Defendant Synchrony Bank
    Email: swarner@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court (Southern District of California) using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated this 5th day of August, 2022.

By /s/ *Steven P. Warner*
Steven P. Warner