# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. SA CV 22-5-JFW(GJSx)      Date 12/13/22

Title: Raquel McKuen V. Synchrony Bank, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                            Not Present

Proceedings:   ☒ In Court      ☐ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Stipulations to Dismiss (see docket nos. 30 , 34) MAKE JS-6

☐ Entered _____.

Initials of Preparer   SR